UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 8:22-cv-01270-MEM (AFM) | Date: May 19, 2023 |
| Title | Gabriel Ontiveros v. Dr. C. Hsein Chiang | |

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On July 6, 2022, the *pro se* plaintiff Gabriel Ontiveros – currently incarcerated at the Theo Lacy Jail, in Orange, California – filed a Civil Rights Complaint.  On October 13, 2022, plaintiff's request for leave to proceed without prepayment of fees was granted (ECF No. 8), and the initial partial filing fee was paid on January 25, 2023 (ECF No. 18).  After screening the Complaint, on October 17, 2022, the Court ordered the Complaint to be served on defendant and directed the Clerk to send the appropriate service documents to plaintiff to accomplish service by the U.S. Marshal.  Plaintiff completed the USM 285 ("Process Receipt and Return") providing the location, and street address for service on defendant.  On January 5, 2023, the USM 285 was returned by the USM certifying that the USM was unable to locate the individual named at the address provided.  (ECF No. 17.)  Plaintiff has provided no further information for locating the named defendant.

Plaintiff shall show cause on or before **June 15, 2023**, why this action should not be dismissed due to plaintiff's failure to prosecute.  Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause, will result in the recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

|  | : |
|---|---|
|  **Initials of Preparer** | ib |