# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    8:22-cv-01270-MEMF-AJR                   Date:  August 10, 2023
                                                     Page 1 of 2

Title:  Gabriel Ontiveros v. Dr. C. Hsein Chiang

DOCKET ENTRY:  **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M) FOR FAILURE TO SERVE DEFENDANT WITH SUMMONS AND COMPLAINT AND/OR FOR LACK OF PROSECUTION**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENT:

None Present                                                    None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On July 6, 2022, *pro se* Plaintiff, who is confined at the Theo Lacey Facility of the Orange County Jail, filed a Civil Rights Complaint ("Complaint").  On November 4, 2022, the Court issued an "Order Re Service of Process," directing the U.S. Marshal to serve the Summons and Complaint on Defendant in Defendant's individual capacity. (Dkt. 11).  On January 5, 2023, a United States Marshals Service "Process Receipt and Return" form (USM-285) was filed indicating that, on December 20, 2022, the Marshals Service had not effectuated service on Defendant because the Marshals Service was unable to locate Defendant at the address provided by Plaintiff. (Dkt. 17).

On May 19, 2023, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution.  (Dkt. 22).  On June 5, 2023, Plaintiff filed a letter response to the Court's Order to Show Cause.  (Dkt. 23).  On June 13, 2023, the Court discharged the Order to Show Cause and construed Plaintiff's letter as a motion for an extension of time to obtain an appropriate address for the service of his Complaint on Defendant ("Motion").  (Dkt. 24).  The Court granted Plaintiff's Motion to return the completed USM 285 form to the Court by June 30,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.   8:22-cv-01270-MEMF-AJR                                    Date:  August 10, 2023
                                                                                                       Page 2 of 2

Title:  Gabriel Ontiveros v. Dr. C. Hsein Chiang

2023.  (*Id.*)  The Court once again cautioned Plaintiff that failing to comply with the Order may result in the dismissal of this action for failure to prosecute.  (*Id.*).

Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint within 90 days after the filing of the complaint.  The 90-day period since the filing of Complaint has elapsed.  As of the date of this Order, Plaintiff has provided no further information for locating Defendant nor has Plaintiff filed any proofs of service indicating service of the Summons and Complaint on Defendant.  Defendant has not appeared in this action.

Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, **IT IS ORDERED** that, within thirty (30) days of the date of this Order, Plaintiff shall either provide an appropriate address for service of his complaint or show cause in writing, if there be any, why the action should not be dismissed for failure to effect timely service and/or for lack of prosecution.  Failure to timely file an address for service of the complaint or a statement in writing why this was not possible <u>will</u> result in the dismissal of this action.

IT IS SO ORDERED.