# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     8:22-cv-01270-MEMF-AJR                    Date: September 15, 2023
                                                       Page 1 of 3

Title: Gabriel Ontiveros v. Dr. C. Hsein Chiang

DOCKET ENTRY: **NOTICE RE LACK OF RESPONSE TO ORDER TO SHOW CAUSE (DKT. 27)**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENT:

   None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS)**

On July 6, 2022, *pro se* Plaintiff Gabriel Ontiveros ("Plaintiff"), who is confined at the Theo Lacey Facility of the Orange County Jail, filed this civil rights action pursuant to 42 U.S.C. § 1983 ("Complaint"). (Dkt. 1.) The Complaint names only "Dr. C. Hsein Chiang" as a defendant ("Defendant"). On November 4, 2022, the Court issued an "Order Re Service of Process," directing the U.S. Marshal to serve the Summons and Complaint on Defendant in Defendant's individual capacity. (Dkt. 11.) On January 5, 2023, a United States Marshals Service "Process Receipt and Return" form (USM-285) was filed indicating that, on December 20, 2022, the Marshals Service had not effectuated service on Defendant because the Marshals Service was unable to locate Defendant at the address provided by Plaintiff. (Dkt. 17).

On May 19, 2023, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. (Dkt. 22). On June 5, 2023, Plaintiff filed a letter response to the Court's Order to Show Cause. (Dkt. 23). On June 13, 2023, the Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    8:22-cv-01270-MEMF-AJR           Date: September 15, 2023
                                                                         Page 2 of 3

Title:  Gabriel Ontiveros v. Dr. C. Hsein Chiang

discharged the Order to Show Cause and construed Plaintiff's letter as a motion for an extension of time to obtain an appropriate address for the service of his Complaint on Defendant ("Motion"). (Dkt. 24).

On August 10, 2023, the Court issued a second Order to Show Cause why this action should not be dismissed for failure to effect timely service and/or for lack of prosecution ("OSC"). (Dkt. 27.) The Court directed Plaintiff, within thirty (30) days from the date of the OSC, September 11, 2023,[1] to either provide an appropriate address for service of his Complaint or show cause in writing, if there be any, why the action should not be dismissed. (Id.) The Court once again cautioned Plaintiff that failing to comply with the order will result in the dismissal of this action. (Id.)

As of the date of this Order, Plaintiff still has provided no further information or address for locating Defendant nor has Plaintiff filed a statement in writing why this was not possible. In the interest of judicial efficiency and giving deference to Plaintiff's *pro se* status, the Court notes that based on publicly available records, it appears Dr. C. Hsien Chiang is currently a Deputy County Health Officer for the Correctional Health Services at the Orange County Health Care Agency and is in charge of health care services at the Theo Lacy Facility. The spelling of Dr. C. Hsien Chiang's name is slightly differently than how Plaintiff spelled the Defendant's name in the Complaint. If it appears to Plaintiff that Dr. C. Hsien Chiang is the individual he is trying to name as a defendant and serve with the Complaint, Plaintiff should provide updated USM-285 forms to the Clerk of Court so that the Marshal Service can attempt service. The USM-285 forms should provide the following information for two possible service locations:

> Dr. C. Hsien Chiang
> Deputy County Health Officer – Correctional Health Services
> OC Health Care Agency Headquarters
> 405 W. 5th St.

---

[1] Because the thirtieth day falls on a Saturday, Plaintiff's OSC was due the following Monday, September 11, 2023.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    8:22-cv-01270-MEMF-AJR                    Date:  September 15, 2023
                                                      Page 3 of 3

Title:  Gabriel Ontiveros v. Dr. C. Hsein Chiang

Santa Ana, CA 92701

Dr. C. Hsien Chiang
Deputy County Health Officer – Correctional Health Services
Central Men's Jail - Correctional Health Services
550 N. Flower St.
Santa Ana, CA 92703

The Court acknowledges that Plaintiff has already provided, and the U.S. Marshals Service has already unsuccessfully effectuated service on Defendant at the second address listed above.  (Dkt. 17.)  The Court also acknowledges that the OC Health Care Agency ("Agency") is not a named defendant in this action.  However, where, as here, Defendant is employed with the Agency, Plaintiff may be able to locate Defendant through the Agency.

Accordingly, if it is Plaintiff's understanding that Defendant is the same person identified and located above, **IT IS ORDERED** that, within thirty (30) days of the date of this Order (**October 15, 2023**), Plaintiff shall either:  (1) return the completed USM-285 forms for the two service addresses identified above to the Clerk of Court for forwarding to the U.S. Marshal for service of the Complaint; or (2) show cause in writing, if there be any, why the action should not be dismissed for lack of prosecution.  The Court has given Plaintiff multiple extensions of time to effectuate service on Defendant in compliance with Federal Rules of Civil Procedure 4(m).  Plaintiff is expressly warned that **failure to timely comply or respond to this Order <u>will</u> result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

<u>Attachment</u>:
Form USM-285 – Process Receipt and Return (2 copies)