**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.     8:22-cv-01270-MEMF-AJR            Date:  January 31, 2024
                                                Page 1 of 3

Title:     Gabriel Ontiveros v. Dr. C. Hsein Chiang

DOCKET ENTRY:  **ORDER TO SHOW CAUSE REGARDING DEFENDANT'S FAILURE TO FILE A RESPONSE TO THE COMPLAINT**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On July 6, 2022, *pro se* Plaintiff Gabriel Ontiveros ("Plaintiff"), who is currently incarcerated in the Theo Lacy Jail, in Orange, California, filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint").  (Dkt. 1.)  The only defendant named in the complaint is Dr. C. Hsein Chiang ("Defendant").  On November 4, 2022, the Court issued an "Order Re Service of Process," directing the U.S. Marshal to serve the Summons and Complaint on Defendant in Defendant's individual capacity.  (Dkt. 11.)  On January 5, 2023, a United States Marshals Service "Process Receipt and Return" form (USM-285) was filed indicating that, on December 20, 2022, the Marshals Service had not effectuated service on Defendant because the Marshals Service was unable to locate Defendant at the address provided by Plaintiff.  (Dkt. 17).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.     8:22-cv-01270-MEMF-AJR                    Date: January 31, 2024
                                                                          Page 2 of 3

Title:         Gabriel Ontiveros v. Dr. C. Hsein Chiang

On August 10, 2023, the Court issued an Order to Show Cause why this action should not be dismissed for failure to effect timely service and/or for lack of prosecution ("OSC"). (Dkt. 27.) The Court directed Plaintiff, within thirty (30) days from the date of the OSC, September 11, 2023,[1] to either provide an appropriate address for service of his Complaint or show cause in writing, if there were any reason, why the action should not be dismissed. (Id.) The Court cautioned Plaintiff that failing to comply with the order would result in a recommendation that the action be dismissed. (Id.)

Subsequently, the Court received a letter from Plaintiff asking for "an extension to access the information the court requires." (Dkt. 29.) In the interest of judicial efficiency and giving deference to Plaintiff's *pro se* status, the Court noted that based on publicly available records, it appeared Defendant was a Deputy County Health Officer for the Correctional Health Services at the Orange County Health Care Agency and oversaw health care services at the Theo Lacy Facility. (Dkt. 28.)

On October 16, 2023, the Court ordered the U.S. Marshall Service to proceed with service of process upon Defendant, without prepayment of cost. (Dkt. 31.) On January 16, 2024, the U.S. Marshal Service filed a Process Receipt and Return showing that Dr. Chiang was served on November 21, 2023. (Dkt. 34.) Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), "a defendant must serve an answer: within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). Accordingly, Dr. Chiang's response to the Complaint was due on December 12, 2023. As of today, however, the Court has not received any responsive pleading from Dr. Chiang.

**The Court therefore Orders Defendant Dr. Chiang to show cause, on or before March 1, 2024, why the Court should not direct the Clerk of Court to enter a default against Defendant under Federal Rule of Civil Procedure 55**. Fed. R. Civ. P. 55(a) (when a party against whom a judgment is sought fails to plead or otherwise defend, the clerk must enter the party's default.). Dr. Chiang may satisfy this Order by either filing a response to the Complaint on or before March 1, 2024, or filing a response, signed under penalty of perjury, stating why he should not be required to file a response. Defendant is

---

[1] Because the thirtieth day falls on a Saturday, Plaintiff's OSC was due the following Monday, September 11, 2023.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.    8:22-cv-01270-MEMF-AJR | Date:  January 31, 2024 |
| | Page 3 of 3 |

Title:     Gabriel Ontiveros v. Dr. C. Hsein Chiang

expressly advised that failure to file a response to the Complaint by March 1, 2024 may result in entry of default against Defendant.  The Court will direct service of this Order on Dr. Chiang by the U.S. Marshal Service.

    IT IS SO ORDERED.